IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV512-079
)          CR506-014
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is Petitioner's Motion to Reinstate Appeal (Doc. 20) and Motion to Reopen Case (Doc. 21). The Court of Appeals for the Eleventh Circuit has previously denied Petitioner's Motion for a Certificate of Appealability and Motion for Leave to Appeal In Forma Pauperis. (Doc. 16; Doc. 17). After careful consideration of the record in this case, the Court sees no reason to reinstate the appeal or to reopen the case. Accordingly, Petitioner's motions are **DENIED**.

SO ORDERED this /5th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA